Fear Waddell, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
Peter A. Sauer, No. 255957
psauer@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

Attorney for the Plaintiffs

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>AJITPAL SINGH and<br>JATINDERJEET KAUR SIHOTA<br><br>               Debtors.<br><br>JASKARAN SIHOTA, KEWAL SINGH and JASWINDER KAUR<br><br>               Plaintiffs,<br>vs.<br><br>AJITPAL SINGH and JATINDERJEET KAUR SIHOTA,<br><br>               Defendant. | Case No. 20-10945-A-12<br><br>Chapter 12<br><br>Adv. Proc. No. 20-01041<br><br>**JOINT REPORT OF PARTIES' DISCOVERY CONFERENCE**<br><br>**Status Conference**<br>Date:  August 26, 2020<br>Time:  3:30 p.m.<br>Place:  Dept. A, Ctrm. 11, 5th Floor<br>         United States Courthouse<br>         2500 Tulare St., Fresno, California<br>Judge:  Hon. Jennifer E. Niemann |

      Plaintiffs and Defendants, by and through their respective undersigned counsel, hereby submit the following Joint Status Conference Statement:

      1.    This case was filed on June 26, 2020, and an Amended Answer filed August 14, 2020.

2. <u>Discovery Conference.</u> The undersigned have conferred telephonically pursuant to Rule 26 to discuss initial disclosures, a discovery plan and any orders that the court should make regarding discovery and case management.

3. <u>Settlement.</u> The parties have discussed settlement, but at this time there is no agreement as to settlement terms.

4. <u>Initial Disclosures and Discovery Schedule.</u> Subject to court approval, the parties submit the following discovery schedule:

    a. Sept. 9, 2020 Initial Disclosures pursuant to Fed. R. Civ. P. 26

    b. February 5, 2021 Disclosure of experts and expert witness reports

    c. February 19, 2021 Disclosure of rebuttal experts and rebuttal reports

    d. March 19, 2021 Close of fact *and* expert discovery

    e. Both parties anticipate making dispositive motions and submit that the deadline for filing such motions be not less than 42-days following the close of discovery on March 19, 2021, in keeping with L.B.R. 7056-1(a).

    f. The parties propose that the pre-trial conference occur two weeks following the deadline for hearing dispositive motions, with a status report due one week prior to the pre-trial conference.

Dated: <u>Aug. 26, 2020</u>

FEAR WADDELL, P.C.

By: _____
Peter A. Sauer, for the Plaintiffs

Dated: August 26, 2020

DAVID R. JENKINS, P.C.

By: _____
David R. Jenkins, for the Defendants

Joint Report Of Parties' Discovery Conference - 2