**David R. Jenkins, #95301**
**David R. Jenkins, P.C.**
**8050 N. Palm Avenue, Suite 300**
**Fresno, CA 93711**
**Telephone: (559) 264-5695**
**Facsimile: (559) 264-5693**
**Email: david@drjbklaw.com**

Attorney for Debtors
Ajitpal Singh and Jatinderjeet Kaur Sihota

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In the matter of

AJITPAL SINGH and
JATINDERJEET KAUR SIHOTA,

        Debtors.

JASKARAN SIHOTA, KEWAL SINGH and JASWINDER KAUR,
        Plaintiffs,
vs.

AJITPAL SINGH and
JATINDERJEET KAUR SIHOTA,
        Defendants.

Case No. 20-10945-A-12
Chapter 12

Adv. Proc. No. 20-01041-A
DC: DRJ-1

Date: March 11 2021
Time: 11:00 a.m.
Dept. A, Judge Niemann
Fifth Floor, Courtroom 11
2500 Tulare Street
Fresno, CA 93721

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FRCP 12(c)

      Pursuant to FRCP 12(c) made applicable to this motion by FRBP 7012(b), Defendants AJITPAL SINGH and JATINDERJEET SIHOTA individually and jointly hereby move for the entry of judgment in Defendants' favor on the pleadings. This motion is supported by the Memorandum of Points and Authorities Defendants are filing and serving concurrently.

Dated: January 31, 2021

                                  **/s/ David R. Jenkins**
                                  David R. Jenkins, Attorney
                                  for Defendants