2

**David R. Jenkins, #95301**
**David R. Jenkins, P.C.**
**8050 N. Palm Avenue, Suite 300**
**Fresno, CA 93711**
**Telephone: (559) 264-5695**
**Facsimile: (559) 264-5693**
**Email: david@drjbklaw.com**

Attorney for Debtors
Ajitpal Singh and Jatinderjeet Kaur Sihota

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of<br><br>AJITPAL SINGH and<br>JATINDERJEET KAUR SIHOTA,<br><br>                Debtors. | Case No. 20-10945-A-12<br><br>Chapter 12 |
| JASKARAN SIHOTA, KEWAL SINGH and JASWINDER KAUR,<br>                Plaintiffs,<br>vs.<br><br>AJITPAL SINGH and<br>JATINDERJEET KAUR SIHOTA,<br>                Defendants. | Adv. Proc. No. 20-01041-A<br><br>DCN: DRJ-1<br><br>Date: March 11, 2021<br>Time: 11:00 a.m.<br>Dept. A, Judge Niemann<br>Fifth Floor, Courtroom 11<br>2500 Tulare Street<br>Fresno, CA 93721 |

**NOTICE OF HEARING ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FRCP 12(c)**

TO PLAINTIFFS AND ALL PARTIES OF INTEREST:

      PLEASE TAKE NOTICE that Defendants AJITPAL SINGH and JATINDERJEET SIHOTA individually and jointly have filed a motion for the entry of judgment in Defendants' favor on the pleadings. A hearing will be held on this motion on the date at the time and place indicated above. If you wish to oppose this motion, it is incumbent on you to

file and serve an opposition no later than fourteen calendar days before the hearing on the motion. In the absence of timely and proper opposition, the Court may resolve the Defendants' motion without oral argument.

      To determine whether the matter has been resolved without oral argument or the Court has issued a tentative ruling, and view [any] pre-hearing dispositions parties may check the Court's website "www.caeb.uscourts.gov" after 4:00 P.M. the day before the hearing; select "Pre-hearing Dispositions," the judge and the date and time of the hearing.

      Pursuant to General Order 618, the Federal courthouses of the Eastern District of California are closed to the public and telephonic appearances are required for all hearings. To arrange a telephonic court appearance, contact Court Call Conference Service at 866-582-6878 or at CourtCall.com. Telephonic court appearances must be arranged at least 24 hours in advance of the court hearing. A fee payable to Court Call Conference Service will apply. Parties appearing telephonically must view the pre-hearing dispositions before the hearing. Persons using Court Call are cautioned that they do so at their own risk. The hearing will not be rescheduled due to a missed connection.

For the purposes of complying with the requirement of service the names and addresses of the parties required to be served are as follows:

| David R. Jenkins | Office of the US Trustee | Michael H. Meyer, Chapter |
|---|---|---|
| 8050 N. Palm Avenue, Suite 300 | United States Courthouse | 12 Trustee |
| Fresno, CA 93711 or by email | 2500 Tulare Street, Room 1401 | 7550 N. Palm Ave., Ste 204 |
| david@drjbklaw.com | Fresno, CA 93721-1326 or by email to ustpregion17.fr.ecf@usdoj.gov | Fresno, CA 93711 Or by email to mmeyer@meyerchapter12.com |

      Dated: January 31, 2021

                                            /s/ David R. Jenkins
                                            David R. Jenkins, Attorney for Defendants