**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No.: 20-10945 - A - 12
Ajitpal Singh and              ) Adv No.: 20-01041
Jatinderjeet Kaur Sihota,      ) Docket Control No.: WLG-4
          Debtors.             ) Document No.: 157
                               )
                               )
Sihota et al.,                 ) Date: 06/15/2023
          Plaintiffs,          ) Time: 11:00 AM
v.                             ) Dept: A
Singh et al.,                  )
          Defendants.          )
                               )
```

**Order**

For the reasons stated on the record,

IT IS ORDERED that the motion for summary judgment is DENIED WITHOUT PREJUDICE to the movant filing a new motion for partial summary judgment.

Dated: June 15 2023

_Jennifer E. Niemann_
Honorable Jennifer E. Niemann
United States Bankruptcy Judge